**Order entered October 24, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00360-CR

### DEMOND DEPREE BLUNTSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 49th District Court
### Webb County, Texas
### Trial Court Cause No. 2012CRO000674D1

## ORDER

Before the Court is appellant's October 15, 2018 motion to abate the appeal for a hearing on the reporter's record. In the motion, appellant states that he requested certain portions of the reporter's record but those portions have not been filed and the court reporter has not responded to inquiries about the missing portions of the record.

We **GRANT** the motion to the extent we **ORDER** the trial court to conduct a hearing at which Cynthia Perez Lenz is present and to make findings regarding the status of:

- the record, if any, of chambers conference attended by the parties and referenced at volume 5, pages 6-7 of the reporter's record;

- the record, if any, of a discussion between the trial court and appellant referenced at volume 8, pages 4-5 of the reporter's record; and

- the record, if any, of a chambers conference held on April 20, 2016, referred to at the charge conference held in open court later that same day and referenced at volume 1, page 4 of the supplemental reporter's record.

In addition, appellant seeks clarification regarding the "accuracy of the matters transcribed at 40 RR 37-38, and about the location of a discussion between counsel and the court mentioned at 21 RR 5-6."

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court regarding whether the portions detailed above were, in fact, reported and, if so, when they may be filed with the Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jose Lopez, Presiding Judge, 49th District Court; to Cynthia Perez Lenz, official court reporter, 49th District Court; and to all counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental record containing the trial court's findings of fact or when the Court otherwise deems it appropriate to reinstate the appeal.


/s/     LANA MYERS
        JUSTICE